BARAK LURIE, SB #144887
LAW OFFICES OF BARAK LURIE
11355 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
(310) 312-5599
(310) 312-5008 Fax
barak@lurie-law.com

CHRISTOPHER H. KNAUF, SB #185180
KNAUF ASSOCIATES
11500 Olympic Blvd., Suite 400
Los Angeles, CA 90064
(310) 450-4678
(310) 622-7263 Fax
ck@goodlaw.biz

PAULA D. PEARLMAN, SB # 109038
SHAWNA PARKS, SB # 208301
DISABILITY RIGHTS LEGAL CENTER
919 S. Albany Street
Los Angeles, CA 90015
(213) 736-1031
(213) 736-1428 Fax
paula.pearlman@lls.edu
shawna.parks@lls.edu

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. R., a minor, by and through his parents, MICHAEL REILLY and N JANE DUBOVY; MICHAEL REILLY; and N JANE DUBOVY, on their own behalf and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>BOY SCOUTS OF AMERICA TROOP 223, an unknown business entity; WESTERN LOS ANGELES COUNTY COUNCIL OF BOY SCOUTS OF AMERICA, a California nonprofit | Case No.: CV06-5171 SJO (AJWx)<br><br>**REPRESENTATION STATEMENT FOR NOTICE OF APPEAL**<br><br>[F.R.A.P. 12(b)] |

REPRESENTATION STATEMENT FOR NOTICE OF APPEAL
-1-

corporation; and DOES 1 through 10,

Defendants.

| **PARTIES** | **ATTORNEYS** |
|---|---|
| Plaintiffs | Attorneys for All Plaintiffs |
| C. R., a minor, by and through his parents, MICHAEL REILLY and N JANE DUBOVY; | Barak Lurie<br>Law Offices Of Barak Lurie<br>11355 W. Olympic Blvd., Suite 200<br>Los Angeles, CA 90064<br>(310) 312-5599<br>(310) 312-5008 Fax<br>barak@lurie-law.com |
| MICHAEL REILLY; | |
| N JANE DUBOVY | Christopher H. Knauf<br>Knauf Associates<br>11500 Olympic Blvd., Suite 400<br>Los Angeles, CA 90064<br>(310) 450-4678<br>(310) 622-7263 Fax<br>ck@goodlaw.biz |
| | Paula D. Pearlman<br>Shawna Parks<br>Disability Rights Legal Center<br>919 S. Albany Street<br>Los Angeles, CA 90015<br>(213) 736-1031<br>(213) 736-1428 Fax<br>paula.pearlman@lls.edu<br>shawna.parks@lls.edu |

| Defendants | Attorneys for All Defendants |
|---|---|
| BOY SCOUTS OF AMERICA TROOP 223;<br><br>WESTERN LOS ANGELES COUNTY COUNCIL OF BOY SCOUTS OF AMERICA | George A. Davidson, Esq.<br>Carla Kerr, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004-1482<br>213-837-6000<br>213-837-6147 Fax<br>davidson@hugheshubbard.com<br>kerr@hugheshubbard.com<br><br>Rita M. Haeusler, Esq.<br>Hughes Hubbard & Reed LLP<br>350 South Grand Ave, 36th Floor<br>Los Angeles, CA 90071-3442<br>213-613-2800<br>213-613-2950 Fax<br>haeusler@hugheshubbard.com |

Respectfully submitted,

LAW OFFICES OF BARAK LURIE

KNAUF ASSOCIATES

DISABILITY RIGHTS
LEGAL CENTER

Dated: November 8, 2006

By: _____
Christopher H. Knauf
Attorneys for Plaintiffs

REPRESENTATION STATEMENT FOR NOTICE OF APPEAL
-3-

# PROOF OF SERVICE

I declare that I am over the age of 18 years and not a party to this action; my business address is 11500 Olympic Blvd., Suite 400, Los Angeles, California 90064. On November 9, 2006, I served on the interested party/parties indicated below the following document(s):

**NOTICE OF APPEAL**

**CIVIL APPEALS DOCKETING STATEMENT**

**REPRESENTATION STATEMENT FOR NOTICE OF APPEAL**

[ ]  (BY PERSONAL SERVICE) I caused a copy of said pleading(s) to be hand delivered to the interested party/parties listed below at:

[ ]  (BY FACSIMILE) I caused a copy of said pleading(s) to be sent via facsimile transmission to the interested party(ies) listed below: (and the facsimile machine used to transmit was in compliance with Rule 2003(3) and no error was reported by the machine pursuant to Rule 2005(i)):

[ ]  (BY OVERNIGHT MAIL) I caused a copy of said pleading(s) to be placed in an overnight mail depository (Federal Express), for next day delivery, in a sealed envelope, with postage fully prepaid, to the below addressee(s):

[X]  (BY REGULAR MAIL) I caused a copy of said pleading(s) to be placed in a regular U.S. mail depository, in a sealed envelope, with postage fully prepaid, to the below addressee(s):

> George A. Davidson, Esq.
> Carla Kerr, Esq.
> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY  10004-1482
>
> Rita M. Haeusler, Esq.
> Hughes Hubbard & Reed LLP
> 350 South Grand Ave, 36th Floor
> Los Angeles, CA 90071-3442

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on November 9, 2006 at Los Angeles, California.

_____
Christopher H. Knauf