UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: C.R. et al v. Boy Scouts of America Troop 223 et al
Court of Appeals No. (leave blank if unassigned) _____
U.S. District Court, Division & Judge Name  Central California, LA Judge S. James Otero
Criminal and/or Civil Case No.  CV 06-5171 SJO
Date Complaint/Indictment/Petition Filed: 8/21/2006
Date Appealed order/judgment *entered*: 10/27/06
Date NOA *filed*: 11/13/06
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):   ☐ granted in full (attach order)       ☐ denied in full (send record)
                          ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number  Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 11/13/06                Date Docket Fee Billed: _____
Date FP granted: _____                       Date FP denied: _____
Is FP pending? ☐ yes ☐ no                     Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellate Counsel:                             Appellee Counsel:

Christopher H Knauf                            George A Davidson
Knauf Associates                               Hughes Hubbard & Reed
11500 Olympic Boulevard, Suite 400             One Battery Park Plaza
Los Angeles, CA 90064                          New York, NY 10004-1482
310-450-4678                                   US
☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____  *Plea*

**DEFENDANT INFORMATION**
Prisoner ID _____                Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____             9th Circuit Docket Num _____

Name & Phone Number of Person Completing this Form: D. Martin
                                                    (213) 894-357

```
(()) Duplicate (()) Duplicate (())
       CLERK'S OFFICE U.S.D.C.
              LOS ANGELES
11/13/2006 10:56:37 AM  Receipt #: 98308
         Cashier : DBAYSA [LA 1-1]
Paid by: KNAUF ASSOCIATES
2:CV06-05171
2007-086900      Appeals Filing Fees(1)
Amount :                        $105.00

2:CV06-05171
2007-510000Judicial Services ($150.00)(1)
Amount :                        $150.00

2:CV06-05171
2007-086400Appeals Filing fee - Special(1
)
Amount :                        $200.00
-----------------------------------------
Check Payment : 119 /           455.00
-----------------------------------------
Total Payment :                 455.00

(= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

A-8 (08/02) (CA9-014)         NOTICE OF APPEAL NOTIFICATION FORM